CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 15 2017

JULIA P. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:09-cr-28-3 |
| v. ) | |
| ) | |
| LYLE DENNIS HAGER, III, ) | By: Michael F. Urbanski |
| Petitioner. ) | United States District Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Hager's motion pursuant to 28 U.S.C. § 2255 (ECF No. 204), is **GRANTED**;

2. The government's motion to dismiss (ECF No. 212) is **DENIED**;

3. Hager must be resentenced. The Clerk is directed to set a resentencing hearing.

4. The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

5. In addition, the Clerk is directed to close Civil Action No. 5:16cv80978 as all further action will occur in Hager's criminal case.

Entered: 09-14-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge